UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | |
|---|---|
| JOE A. RAMIREZ, | |
| Petitioner, | Civil No. 7:20-cv-015-JMH |
| V. | |
| HECTOR JOYNER, | **JUDGMENT** |
| Respondent. | |

\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1) The petition filed pursuant to 28 U.S.C. § 2241 by Petitioner Joe A. Ramirez [DE 1] is **DENIED**;

2) Judgment is entered in favor of Respondent with respect to the issues raised in this proceeding;

3) This action is **DISMISSED** and **STRICKEN** from the docket; and

4) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 5th day of February, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

1